UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH BELCHER,

    Plaintiff,

v.

R.R. TORRES, et al.,

    Defendants.

No. C 12-3882 YGR (PR)

**ORDER OF DISMISSAL**

Pursuant to plaintiff's motion of voluntary dismissal (Docket Nos. 6 and 7), this action is dismissed. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). The effective date of this order is September 22, 2012. All filing fees shall be restored to plaintiff. The Clerk shall enter judgment in favor of defendants, forward a copy of this order to the Court's finance office, and close the file.

**IT IS SO ORDERED.**

DATED: December 4, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**