UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH BELCHER, | No. C 12-3882 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R.R. TORRES, et al., | |
| Defendants. | |

The action having been dismissed, the Court hereby enters judgment in favor of defendants. Plaintiff shall take nothing by way of her complaint.

**IT IS SO ORDERED**.

DATED: December 4, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

No. C 12-3882 YGR (PR)
JUDGMENT